UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:05-cr-005 |
| | ) | *Edgar* |
| JOSE LUIS SERRANO-LOPEZ | ) | |

**O R D E R**

In accordance with the accompanying memorandum, the Court **DENIES** Serrano's motion to suppress the evidence seized during the stop and search of the vehicle he was driving on January 12, 2005, and any subsequent statements Serrano made to law enforcement officials. [Doc. No. 22].

The Court having previously set aside the scheduling order pending a ruling on the defendant's suppression motion, a new case management schedule will be entered separately.

SO ORDERED.

ENTER this *22nd day of July, 2005*.

                                           */s/ R. Allan Edgar*
                                           R. ALLAN EDGAR
                                     CHIEF UNITED STATES DISTRICT JUDGE