# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:05-CR-5** |
| | ) | **(PHILLIPS)** |
| **JOSE SERRANO-LOPEZ,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter came before the court regarding defendant, Jose Serrano Lopez, motion to continue the trial date. The trial of this case was previously set for January 17, 2006, in Chattanooga. The Government had no objection to the motion for continuance. On January 11, 2006, the Court entered an order in the interest of justice granting the continuance and instructing the parties to contact the Court with a new trial date. A new trial date has been selected, and this case is therefore reset for trial on March 30, 2006 at 9:00 in Chattanooga, Tennessee.

**ENTER:**

<u>     s/ Thomas W. Phillips          </u>
UNITED STATES DISTRICT JUDGE